**USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:** 2-2-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSUE ROMERO, *on behalf of himself and all others similarly situated*,

           Plaintiff,

v.

THE GREAT LAKES POTATO CHIP COMPANY,

           Defendant.

No. 20-CV-9078 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On October 27, 2020, Plaintiff Josue Romero brought this action alleging violations of the Americans with Disabilities Act. On October 30, 2020, the Court ordered the parties to submit a joint letter within 45 days of service of the summons and complaint. On December 7, 2020, Plaintiff Josue Romero filed an affidavit of service stating that Defendant The Great Lakes Potato Chip Company was served on November 25, 2020. Defendant's answer was due on December 16, 2020.

Defendant has not appeared, answered, or otherwise responded to the Complaint. Defendant shall do so or seek an extension by February 16, 2021. If Defendant fails to do so, and Plaintiff intends to move for default judgment, he shall do so by March 4, 2021.

Plaintiffs shall serve a copy of this Order on Defendants by February 9, 2021 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    February 2, 2021
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge